■ In the Matter of SAM SLOAN, Appellant, et al., Petitioners, v DANIEL S. SZALKIEWICZ et al., Respondents. [971 NYS2d 208]—Judgment, Supreme Court, New York County (Paul Wooten, J.), entered on or about August 9, 2013, unanimously affirmed for the reasons stated by Wooten, J., without costs or disbursements.

No opinion. Order filed. Concur—Richter, J.P., Manzanet-Daniels, Feinman, Gische and Clark, JJ.